RONALD W. BEALS, Chief Counsel
DAVID GOSSAGE, Deputy Chief Counsel
LUCILLE Y. BACA, Assistant Chief Counsel
HELEN Y. CRAMER, State Bar No. 238421
595 Market Street, Suite 1700, San Francisco, CA 94105
Telephone: (415) 904-5700, Facsimile: (415) 904-2333
Email: helen.cramer@dot.ca.gov

Attorneys for Plaintiff THE PEOPLE OF THE STATE OF CALIFORNIA,
acting by and through the Department of Transportation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the Department of Transportation,<br><br>Plaintiff,<br><br>v.<br><br>CARPENTER ORCHARD, INC., a California Corporation; FIRST AMERICAN TITLE COMPANY; CALIFORNIA FARM SERVICE AGENCY; UNITED STATES DEPARTMENT OF AGRICULTURE; and DOE ONE to DOE FIFTY, inclusive,<br><br>Defendants. | Case No. 3:14-CV-00290-CRB<br><br>**STIPULATION AND REQUEST FOR ORDER REMANDING CASE TO STATE COURT; ORDER** |

The defendants, the United States Department of Agriculture and First American Title Insurance Company, and the plaintiff, the People of the State of California, acting by and through the Department of transportation, by counsel undersigned, and the California Farm Service Agency and Carpenter Orchard, Inc., constituting all active parties in the above-captioned case, hereby request an order remanding this case in its entirety to the Superior Court for the State of California, County of Lake, Civil No. CV413521.

///

///

The parties so stipulate and agree and request an order in accordance with the foregoing. This agreement may be signed in counterpart copies.

DATED: February 7, 2014          MELINDA HAAG, United States Attorney
                                 ALEX G. TSE, Chief, Civil Division
                                 JENNIFER S. WANG, Assistant United States Attorney

                                 By: /s/ Jennifer S. Wang
                                 Attorneys for Federal Defendant
                                 FARM SERVICE AGENCY, UNITED STATES
                                 DEPARTMENT OF AGRICULTURE

DATED: February ___, 2014        BEALS, GOSSAGE, BACA & CRAMER

                                 By: _____
                                 Attorneys for Plaintiff
                                 THE PEOPLE OF THE STATE OF CALIFORNIA

DATED: February ___, 2014        JUSTIN BUDARE
                                 Senior Claims Counsel

                                 By: _____
                                 Attorney for Defendant
                                 FIRST AMERICAN TITLE INSURANCE COMPANY

DATED: February ___, 2014        _____
                                 CARPENTER ORCHARD, INC.

**IT IS ORDERED THAT** this case is remanded in its entirety to the Superior Court for the State of California, County of Lake, Civil No. CV413521.

DATED: February 18, 2014         _____
                                 CHARLES R. BREYER
                                 United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer*

CALIFORNIA DEPARTMENT OF TRANSPORTATION - LEGAL DIVISION
595 Market Street, Suite 1700, San Francisco, California 94105
Telephone: (415) 904-5700, Facsimile: (415) 904-2333